UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
MARTONE, BILLY PAUL § Case No. 13-60410 RBK
MAZZA, JILL MARIE §
 §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of   $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]   $

---

[1] The balance of funds on hand in file estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/James E. Studensky, Trustee_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-60410 RBK Judge: Ronald B. King | Trustee Name: | James E. Studensky, Trustee |
|---|---|---|---|
| Case Name: | MARTONE, BILLY PAUL | Date Filed (f) or Converted (c): | 05/03/13 (f) |
| | MAZZA, JILL MARIE | 341(a) Meeting Date: | 06/27/13 |
| For Period Ending: | 02/04/14 | Claims Bar Date: | 11/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>  986 GEORGE WILSON ROAD(HOMESTEAD) | 420,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 10.00 | 0.00 | OA | 0.00 | FA |
| 3. BANK ACCOUNT<br>  FIRST STATE BANK CENTRAL TEXAS(CHECKING)<br>  AND EXTRACO BANK CHECKING ACCT. | 356.81 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS/FURNISHINGS<br>  VARIOUS HOUSEHOLD FURNITURE AND<br>  FURNISHINGS | 9,909.00 | 0.00 | OA | 0.00 | FA |
| 5. BOOKS & PICTURES<br>  BOOKS, VINYL RECORDS, OLD SODA<br>  MEMORABILIA, FRAMED PRINTS AND METAL ART<br>  WITH STAND | 455.00 | 0.00 | OA | 0.00 | FA |
| 6. WEARING APPAREL | 950.00 | 0.00 | OA | 0.00 | FA |
| 7. FURS AND JEWELRY<br>  RINGS, WEDDING BAND, COSTUME JEWELRY,<br>  WATCHES AND MAN'S CHAIN | 496.00 | 0.00 | OA | 0.00 | FA |
| 8. FIREARMS AND SPORTS EQUIPMENT<br>  BASKETBALL GOAL, SOCCER GOAL, SPORTS BALLS,<br>  INTEX POOL, SUPPLIES, FLOATS, TRAMPOLINE,<br>  CAMPING SUPPLIES AND EQUIPMENT, FOUR<br>  FIREARMS AND GUN CLEANING SUPPLIES AND<br>  ACCESSORIES | 2,160.00 | 0.00 | OA | 0.00 | FA |
| 9. INTEREST IN INSURANCE POLICIES<br>  SOUTHERN FARM BUREAU WHOLE LIFE POLICY<br>  AND SOUTHERN FARM BUREAU TERM POLICY | 1,649.79 | 0.00 | OA | 0.00 | FA |
| 10. INTEREST IN PARTNERSHIPS/CORPORATIONS<br>  MARTONE ENTERPRISES AND BRUSH SOLUTIONS,<br>  LLC | 2.00 | 0.00 | OA | 0.00 | FA |
| 11. ALIMONY, MAINTENANCE & SUPPORT<br>  CHILD SUPPORT DUE FROM ANGELA STOREY | 2,960.20 | 0.00 | OA | 0.00 | FA |
| 12. LICENSES, FRANCHISES & OTHER INTANG<br>  TWO COLLEGE FOOTBALL TICKETS | 950.00 | 0.00 | OA | 0.00 | FA |
| 13. AUTOMOBILES<br>  1931 COUPE-TRUSTEE TRANSFERRED TO HORIZON<br>  BANK IN EXCHANGE FOR $11,000.00 AND WAIVER<br>  OF HORIZON BANK'S CLAIM PURSUANT TO COURT<br>  APPROVED COMPROMISE | 50,000.00 | 11,000.00 | | 11,000.00 | FA |
| 14. AUTOMOBILES<br>  2013 PASSAT | 25,556.00 | 0.00 | OA | 0.00 | FA |
| 15. AUTOMOBILES<br>  2012 DODGE RAM 3500 TRUCK | 49,000.00 | 0.00 | OA | 0.00 | FA |
| 16. AUTOMOBILES/TRAILERS<br>  1997 LTD TRAILER | 15,000.00 | 0.00 | OA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 13-60410 RBK Judge: Ronald B. King | Trustee Name: | James E. Studensky, Trustee |
| --- | --- | --- | --- |
| Case Name: | MARTONE, BILLY PAUL | Date Filed (f) or Converted (c): | 05/03/13 (f) |
|  | MAZZA, JILL MARIE | 341(a) Meeting Date: | 06/27/13 |
|  |  | Claims Bar Date: | 11/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. AUTOMOBILES/TRAILERS 2006 BIG TEX DUMP TRAILER | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 18. AUTOMOBILES/TRAILERS 1995 LUFKIN TRAILER | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 19. OFFICE EQUIPMENT OFFICE SUPPLIES | 10.00 | 0.00 | OA | 0.00 | FA |
| 20. ANIMALS THREE DOGS AND FISH AND FISH BOWL | 151.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $591,115.80 | $11,000.00 |  | $11,000.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR COMPLETED AND SUBMITTED TO USTJanuary 07, 2014

APPLICATION FOR COMPENSATION FOR LEGAL FEES($2,860.00) FILED AND MAILEDNovember 29, 2013, 01:33 pm

CLAIMS DOWNLOADED AND REVIEWEDNovember 27, 2013, 08:31 am

MOTION TO COMPROMISE CONTROVERSY FILED-10/25/13
MOTION TO COMPROMISE CONTROVERSY GRANTED BY COURT AND AGREEMENT TO TRANSFER VEHICLE AND SETTLE CONTROVERSY PREPAREDNovember 27, 2013, 08:19 am

Initial Projected Date of Final Report (TFR): 03/01/14     Current Projected Date of Final Report (TFR): 03/01/14

/s/     James E. Studensky, Trustee     Date: 02/04/14

JAMES E. STUDENSKY, TRUSTEE
3912 W. WACO DRIVE
WACO, TX  76710
Phone: (254) 776-9630
Email: jstudensky@epitrustee.com

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-60410 -RBK | Trustee Name: | James E. Studensky, Trustee |
| --- | --- | --- | --- |
| Case Name: | MARTONE, BILLY PAUL | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | MAZZA, JILL MARIE | Account Number / CD #: | *******1396 Checking - Non Interest |
| Taxpayer ID No: | *******2959 | | |
| For Period Ending: | 02/04/14 | Blanket Bond (per case limit): | $ 11,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  12/03/13 | 13 | HORIZON BANK, SSB | SETTLEMENT FUNDS | 1129-000 | 11,000.00 | | 11,000.00 |
| C  12/23/13 | 010001 | JAMES STUDENSKY | ATTORNEY FEES/EXPS ATTORNEY FEES PAID PER COURT ORDER DATED 12/20/13 | 3110-000 | | 2,860.00 | 8,140.00 |
| C  01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,130.00 |

**Total Of All Accounts**    **8,130.00**

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

PFORM24

Ver: 17.04c

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 04, 2014 |
|---|---|---|---|---|---|---|
| Case Number: 13-60410<br>Debtor Name: MARTONE, BILLY PAUL | | Claim Number Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | REEDER DISTRIBUTORS, INC.<br>C/O JAY E. REEDY<br>6851 N.E. LOOP 820, SUITE 104<br>FORT WORTH, TX 76180 | Unsecured | | $0.00 | $39,904.84 | $39,904.84 |
| 000002<br>050<br>4800-00 | BELL TAD<br>C/O LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | Secured | | $0.00 | $8,306.36 | $8,306.36 |
| 000003<br>070<br>7100-00 | JOHN DEERE FINANCIAL,F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131 | Unsecured | | $0.00 | $9,094.33 | $9,094.33 |
| 000004<br>050<br>4210-00 | G.E. CAPITAL COMMERCIAL INC.<br>1010 THOMAS EDISON BLVD. SW<br>CEDAR RAPIDS, IA 52404 | Secured | SECURED CLAIM NOT PAID | $0.00 | $93,108.23 | $93,108.23 |
| 000005<br>070<br>7100-00 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP CODE 3105<br>OMAHA, NE 68197 | Unsecured | | $0.00 | $480.65 | $480.65 |
| 000006<br>070<br>7100-00 | EXTRACO BANKS, N.A.<br>C/O BLAKE RASNER<br>HALEY & OLSON, P.C.<br>510 NORTH VALLEY MILLS DRIVE, SUITE 600<br>WACO, TEXAS 76710 | Unsecured | | $0.00 | $46,900.86 | $46,900.86 |
| 000007<br>070<br>7100-90 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $4,921.98 | $4,921.98 |
| 000008<br>070<br>7100-90 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $6,970.99 | $6,970.99 |
| 000009<br>070<br>7100-90 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $4,833.21 | $4,833.21 |
| 000010<br>070<br>7100-90 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $652.83 | $652.83 |
| 000011<br>070<br>7100-00 | HORIZON BANK, SSB<br>C/O BLAKE RASNER<br>HALEY & OLSON, P.C.<br>510 NORTH VALLEY MILLS DRIVE, SUITE 600<br>WACO, TEXAS 76710 | Unsecured | CLAIM WITHDRAWN PER AGREEMENT WITH CREDITOR | $0.00 | $279,588.45 | $279,588.45 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 04, 2014 |
|---|---|---|---|---|---|---|
| Case Number: 13-60410<br>Debtor Name: MARTONE, BILLY PAUL | | | Claim Number Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012<br>070<br>7100-00 | SALLIE MAE<br>C/O SALLIE MAE INC.<br>220 LASLEY AVE.<br>WILKES-BARRE, PA 18706 | Unsecured | | $0.00 | $10,706.84 | $10,706.84 |
| 000013<br>070<br>7100-90 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $4,259.54 | $4,259.54 |
| 000014<br>070<br>7100-00 | CNH CAPITAL<br>P.O. BOX 3600<br>LANCASTER, PA 17604-3600 | Unsecured | | $0.00 | $195,476.14 | $195,476.14 |
| 000015<br>070<br>7100-00 | CNH CAPITAL<br>P.O. BOX 3600<br>LANCASTER, PA 17604-3600 | Unsecured | | $0.00 | $76,821.96 | $76,821.96 |
| 000016<br>070<br>7100-90 | CAPITAL ONE, N.A.<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $0.00 | $2,336.10 | $2,336.10 |
| 000017<br>070<br>7100-90 | UNITED CONSUMER FINANCIAL SERVICES<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $0.00 | $500.98 | $500.98 |
| 000018<br>070<br>7100-90 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $0.00 | $9,055.39 | $9,055.39 |
| 000019<br>070<br>7100-90 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $0.00 | $2,063.30 | $2,063.30 |
| 000020<br>070<br>7100-90 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $0.00 | $7,195.27 | $7,195.27 |
| 000021<br>070<br>7100-90 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $0.00 | $3,067.12 | $3,067.12 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 04, 2014 |
| Case Number: 13-60410 | | Claim Number Sequence | | | |
| Debtor Name: MARTONE, BILLY PAUL | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000022 070 7100-90 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $0.00 | $3,779.81 | $3,779.81 |
| 000023 080 7200-00 | SANTANDER CONSUMER USA INC. PO BOX 961245 FORT WORTH, TEXAS 76161 | Unsecured | LATE-FILED CLAIM | $0.00 | $15,695.31 | $15,695.31 |
| | Case Totals: | | | $0.00 | $825,720.49 | $825,720.49 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-60410 RBK
Case Name: MARTONE, BILLY PAUL
       MAZZA, JILL MARIE
Trustee Name: James E. Studensky, Trustee

Balance on hand     $_____

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | BELL TAD | $ | $ | $ | $ |
| 000004 | G.E. CAPITAL COMMERCIAL INC. | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: James E. Studensky, Trustee | $ | $ | $ |
| Trustee Expenses: James E. Studensky, Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | REEDER DISTRIBUTORS, INC. | $ | $ | $ |
| 000003 | JOHN DEERE FINANCIAL,F.S.B. | $ | $ | $ |
| 000005 | FIRST NATIONAL BANK OF OMAHA | $ | $ | $ |
| 000006 | EXTRACO BANKS, N.A. | $ | $ | $ |
| 000007 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000008 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000009 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000012 | SALLIE MAE | $ | $ | $ |
| 000013 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000014 | CNH CAPITAL | $ | $ | $ |
| 000015 | CNH CAPITAL | $ | $ | $ |
| 000016 | CAPITAL ONE, N.A. | $ | $ | $ |
| 000017 | UNITED CONSUMER FINANCIAL SERVICES | $ | $ | $ |
| 000018 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000019 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000020 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000021 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000022 | CAPITAL RECOVERY V, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | SANTANDER CONSUMER USA INC. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors $_____

Remaining Balance $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE