UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTONE, BILLY PAUL | § | Case No. 13-60410 RBK |
| MAZZA, JILL MARIE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that James E. Studensky, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      UNITED STATES BANKRUPTCY COURT
                      800 FRANKLIN AVE., SUITE 140
                      WACO, TEXAS 76701-1934

    TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

    IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THE TRUSTEE'S FINAL REPORT. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF THIS NOTICE, TOGETHER WITH A REQUEST FOR A HEARING AND SERVE A COPY OF BOTH UPON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED AND THE UNITED STATES TRUSTEE, AT THE ADDRESSES SHOWN ON THE REVERSE SIDE HEREOF; OTHERWISE THE COURT MAY TREAT THE TRUSTEE'S FINAL REPORT AS UNOPPOSED AND GRANT THE RELIEF.

Date Mailed: 02/06/2014                 By: /s/ James E. Studensky
                                                                       Chapter 7 Trustee

*James E. Studensky, Trustee*
*3912 W. Waco Drive*
*Waco, TX 76710*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In re: §
§
§
MARTONE, BILLY PAUL § Case No. 13-60410 RBK
MAZZA, JILL MARIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $
and approved disbursements of $
leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | BELL TAD | $ | $ | $ | $ |
| 000004 | G.E. CAPITAL COMMERCIAL INC. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____
Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: James E. Studensky, Trustee | $ | $ | $ |
| Trustee Expenses: James E. Studensky, Trustee | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | REEDER DISTRIBUTORS, INC. | $ | $ | $ |
| 000003 | JOHN DEERE FINANCIAL,F.S.B. | $ | $ | $ |
| 000005 | FIRST NATIONAL BANK OF OMAHA | $ | $ | $ |
| 000006 | EXTRACO BANKS, N.A. | $ | $ | $ |
| 000007 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000008 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000009 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000012 | SALLIE MAE | $ | $ | $ |
| 000013 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000014 | CNH CAPITAL | $ | $ | $ |
| 000015 | CNH CAPITAL | $ | $ | $ |
| 000016 | CAPITAL ONE, N.A. | $ | $ | $ |
| 000017 | UNITED CONSUMER FINANCIAL SERVICES | $ | $ | $ |
| 000018 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000019 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000020 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000021 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000022 | CAPITAL RECOVERY V, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | SANTANDER CONSUMER USA INC. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors  $_____

Remaining Balance  $_____

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/James E. Studensky
Chapter 7 Trustee

*James E. Studensky, Trustee*
*3912 W. Waco Drive*
*Waco, TX 76710*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|    MARTONE, BILLY PAUL | § | CASE NO. 13-60410-RBK |
|    MAZZA, JILL MARIE | § | |
| | § | (CHAPTER 7) |
| DEBTORS. | § | |

## SUMMARY OF TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE: **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**PLEASE TAKE NOTE THAT** on February 6, 2014, Applicant, James E. Studensky, Chapter 7 Trustee, has filed with the U.S. Bankruptcy Court for the Western District Of Texas, Waco, Texas 76701-1934, a Trustee's Application for Compensation and Expenses ("Applicant") requesting the allowance of $1,850.00 in compensation pursuant to 11 U.S.C. § 326 and $658.79 in expenses.

A copy of the Application is on file with the Clerk's Office and can be reviewed at the Clerk's Office during normal business hours, or a copy may be obtained for no additional charge by contacting applicant at the address listed below. A COMPLETE COPY OF THE APPLICATION HAS ALSO BEEN PROVIDED TO THE OFFICE OF THE U.S. TRUSTEE.

**Applicant:**
NAME:    James E. Studensky, Chapter 7 Trustee

ADDRESS:   3912 W. Waco Drive, Waco, TX 76710

PHONE NUMBER: (254) 776-9630

                                                  **By: /s/ James E. Studensky**
                                                  James E. Studensky
                                                  Chapter 7 Trustee